**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

May 01, 2019

Dear Sir or Madam:

Your petition has been filed and assigned civil case number   CV 19-3659-JGB(FFM)   .

Upon the submission of your petition, it was noted that the following discrepancies exist:

☑ You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government-issued check, or money order drawn on a major American bank or the United States Postal Service payable to *Clerk, U.S. District Court.* If you are unable to pay the entire filing fee at this time, you must sign and complete this Court's *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* (Form CV-60P) in its entirety. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

☐ Your *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* has been received, but it is insufficient because:

   ☐ You did not sign your *Request to Proceed without Prepayment of Filing Fees with Declaration in Support.*

   ☐ Your *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* was not completed in its entirety.

   ☐ You did not submit a *Certificate of Authorized Funds* form completed and signed by an authorized officer at the prison.

   ☐ You did not use the correct form. You must submit this Court's current *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* (Form CV-60P).

   ☐ Other: _____

Enclosed you will find this Court's current *Request to Proceed without Prepayment of Filing Fees with Declaration in Support*, which includes a *Certificate of Authorized Funds* form. Correctly completed forms and/or payments may be returned to any of the following addresses:

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Sincerely,

Clerk, U. S. District Court

By: Derek Davis
Deputy Clerk

*encls.*

CV-111 (05/18)            NOTICE RE: DISCREPANCIES IN FILING OF HABEAS CORPUS PETITION

_Petitioner_

_Respondent(s)_

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, _____ , declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?  ☐ Yes     ☐ No

    a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    _____

    b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2.  Have you received, within the past twelve months, any money from any of the following sources?

    a.  Business, profession or form of self-employment?     ☐ Yes     ☐ No
    b.  Rent payments, interest or dividends?     ☐ Yes     ☐ No
    c.  Pensions, annuities or life insurance payments?     ☐ Yes     ☐ No
    d.  Gifts or inheritances?     ☐ Yes     ☐ No
    e.  Any other sources?     ☐ Yes     ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

    _____

3.  Do you own any cash, or do you have money in a checking or savings account?   _(Include any funds in prison accounts)_

    ☐ Yes     ☐ No

If the answer is yes, state the total value of the items owned: _____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)*  ☐ Yes    ☐ No

If the answer is yes, describe the property and state its approximate value: _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
          *Date*                                 *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _____ on account to his credit

at the _____ institution where he is

confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said

institution: _____

_____

_____

_____          _____
          *Date*                              *Authorized Officer of Institution/Title of Officer*