JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE S. LACY, | ) | No. CV 19-3659 JGB (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RONALD FISHER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 14, 2019

JESUS G. BERNAL
United States District Judge